IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NAOMI GONZALES,<br><br>   Plaintiff,<br><br>  v.<br><br>AGWAY ENERGY SERVICES, LLC,<br><br>   Defendant. | C.A. No.: 1:17-cv-01754 (MWB) |

## STIPULATION AND ORDER TO TRANSFER

  WHEREAS, Plaintiff Naomi Gonzales ("Plaintiff") initiated this action by way of a Complaint filed on December 6, 2017;

  WHEREAS, on January 29, 2018, Defendant Agway Energy Services, LLC ("Defendant") filed a Motion to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6), including on the basis that venue is not appropriate in the United States District Court for the District of Delaware;

  WHEREAS, Plaintiff has agreed that venue is proper in a Court in the State of New York and not in Delaware;

  IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Defendant, subject to the approval of the Court, that venue shall transfer to the United States District Court for the Northern District of New York, where Defendant maintains its headquarters, and that all other defenses in this action are maintained, including that the Northern District of New York lacks subject matter jurisdiction over this action.

By: /s/ *David A. Felice*  
 David A. Felice (No. 4090)  
 Bailey & Glasser, LLP  
 2961 Centerville Road, Suite 302  
 Wilmington, DE 19808  
 Tel:  (302) 504-6333  
 Fax:  (302) 504-6334  
 *Attorneys for Plaintiff and the*  
 *Putative Class*  

Of Counsel:  

John Roddy  
Bailey & Glasser, LLP  
99 High Street, Suite 304  
Boston, Massachusetts 02110  
Tel:  (617) 439-6730  
Fax:  (617) 951-3954  

- and -  

D. Greg Blankinship  
Finkelstein, Blankinship, Frei-Pearson  
 and Garber, LLC  
445 Hamilton Avenue  
White Plains, New York 10601  
Tel:  (914) 298-3281  
Fax:  (914) 824-1561  

By: /s/ *Thomas E. Hanson, Jr.*  
 Thomas E. Hanson, Jr. (No. 4102)  
 Barnes & Thornburg LLP  
 1000 N. West Street, Suite 1500  
 Wilmington, DE 19801  
 Tel:  (302) 300-3474  
 Fax:  (302) 300-3456  
 *Attorneys for Defendant*  

Of Counsel:  

 William K. Mosca, Jr.  
 Kenneth J. Sheehan  
 John D. Coyle  
 Bevan, Mosca & Giuditta, P.C.  
 A Professional Corporation  
 222 Mount Airy Road, Suite 200  
 Basking Ridge, New Jersey 07920  
 Tel:  (908) 753-8300  
 Fax: (908) 848-6423  

Dated:  February 12, 2018  

 **IT IS SO ORDERED** this _____ day of _____, 2018.  

                                                                  _____  
                                                                  United States District Judge