**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

NAOMI GONZALES,

          Plaintiff,

     v.

AGWAY ENERGY SERVICES, LLC,

        Defendant.

C.A. No.: 1:17-cv-01754 (MWB)

**STIPULATION AND ORDER**
**TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

WHEREAS, Plaintiff Naomi Gonzales ("Plaintiff") initiated this action by way of a Complaint filed on December 6, 2017 (ECF No. 1);

WHEREAS, on January 29, 2018, Defendant Agway Energy Services, LLC ("Defendant") filed a Motion to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6), including on the basis that venue is not appropriate in the United States District Court for the District of Delaware (ECF No. 12);

WHEREAS, on February 12, 2018, Plaintiff and Defendant stipulated, subject to the approval of the Court, that venue shall transfer to the United States District Court for the Northern District of New York (ECF No. 19);

WHEREAS, Plaintiff's deadline to respond to Defendant's Motion to Dismiss is currently February 26, 2018;

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Defendant, subject to the approval of the Court, that Plaintiff's deadline to respond to Defendant's Motion to Dismiss is extended from February 26, 2018 to three weeks following the instant action's transfer and docketing in the United States District Court for the Northern District of New York.

{00290637 }

By: _/s/ David A. Felice_____
    David A. Felice (No. 4090)
    Bailey & Glasser, LLP
    2961 Centerville Road, Suite 302
    Wilmington, DE 19808
    Tel:  (302) 504-6333
    Fax:  (302) 504-6334
    _Attorneys for Plaintiff and the_
    _Putative Class_

    Of Counsel:

    John Roddy
    Bailey & Glasser, LLP
    99 High Street, Suite 304
    Boston, Massachusetts 02110
    Tel:  (617) 439-6730
    Fax:  (617) 951-3954

    - and -

    D. Greg Blankinship
    Finkelstein, Blankinship,
    Frei-Pearson & Garber, LLC
    445 Hamilton Avenue
    White Plains, New York 10601
    Tel:  (914) 298-3281
    Fax:  (914) 824-1561

By: _/s/ Thomas E. Hanson, Jr._____
    Thomas E. Hanson, Jr. (No. 4102)
    Barnes & Thornburg LLP
    1000 N. West Street, Suite 1500
    Wilmington, DE 19801
    Tel:  (302) 300-3474
    Fax:  (302) 300-3456
    _Attorneys for Defendant_

    Of Counsel:

    William K. Mosca, Jr.
    Kenneth J. Sheehan
    John D. Coyle
    Bevan, Mosca & Giuditta, P.C.
    A Professional Corporation
    222 Mount Airy Road, Suite 200
    Basking Ridge, New Jersey 07920
    Tel:  (908) 753-8300
    Fax: (908) 848-6423

Dated:  February 20, 2018

**IT IS SO ORDERED** this _____ day of _____, 2018.

_____
United States District Judge