# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NAOMI GONZALES,<br><br>        Plaintiff,<br><br>        v.<br><br>AGWAY ENERGY SERVICES, LLC,<br><br>        Defendant. | C.A. No.: 1:17-cv-01754 (MWB) |

**STIPULATION AND ORDER**
**TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

WHEREAS, Plaintiff Naomi Gonzales ("Plaintiff") initiated this action by way of a Complaint filed on December 6, 2017 (ECF No. 1);

WHEREAS, on January 29, 2018, Defendant Agway Energy Services, LLC ("Defendant") filed a Motion to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6), including on the basis that venue is not appropriate in the United States District Court for the District of Delaware (ECF No. 12);

WHEREAS, on February 12, 2018, Plaintiff and Defendant stipulated, subject to the approval of the Court, that venue shall transfer to the United States District Court for the Northern District of New York (ECF No. 19);

WHEREAS, Plaintiff's deadline to respond to Defendant's Motion to Dismiss is currently February 26, 2018;

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Defendant, subject to the approval of the Court, that Plaintiff's deadline to respond to Defendant's Motion to Dismiss is extended from February 26, 2018 to three weeks following the instant action's transfer and docketing in the United States District Court for the Northern District of New York.

{00290637 }

By: */s/ David A. Felice*
    David A. Felice (No. 4090)
    Bailey & Glasser, LLP
    2961 Centerville Road, Suite 302
    Wilmington, DE 19808
    Tel:  (302) 504-6333
    Fax:  (302) 504-6334
    *Attorneys for Plaintiff and the Putative Class*

Of Counsel:

John Roddy
Bailey & Glasser, LLP
99 High Street, Suite 304
Boston, Massachusetts 02110
Tel:  (617) 439-6730
Fax:  (617) 951-3954

- and -

D. Greg Blankinship
Finkelstein, Blankinship,
Frei-Pearson & Garber, LLC
445 Hamilton Avenue
White Plains, New York 10601
Tel:  (914) 298-3281
Fax:  (914) 824-1561

By: */s/ Thomas E. Hanson, Jr.*
    Thomas E. Hanson, Jr. (No. 4102)
    Barnes & Thornburg LLP
    1000 N. West Street, Suite 1500
    Wilmington, DE 19801
    Tel:  (302) 300-3474
    Fax:  (302) 300-3456
    *Attorneys for Defendant*

 Of Counsel:

 William K. Mosca, Jr.
 Kenneth J. Sheehan
John D. Coyle
Bevan, Mosca & Giuditta, P.C.
A Professional Corporation
222 Mount Airy Road, Suite 200
Basking Ridge, New Jersey 07920
Tel:  (908) 753-8300
Fax: (908) 848-6423

Dated:  February 20, 2018

**IT IS SO ORDERED** this 23rd day of February, 2018.

                    *s/ Matthew W. Brann*
                    United States District Judge