# BAILEY GLASSER LLP

2961 Centerville Road
Suite 302
Wilmington, DE 19808
Tel: 302.504.6333
Fax: 302.504.6334

**David A. Felice**

dfelice@baileyglasser.com

February 28, 2018



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR - 5 2018
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**First Class U.S. Mail:**
Lawrence K. Baerman
U.S. District Court for the
Northern District of New York
James M. Hanley Federal Building
P.O. Box 7367
100 S. Clinton, St.
Syracuse NY  13261-7367

Re:   *Naomi Gonzales v. Agway Energy Services, LLC*,
      Case No. 5:18-cv-235(MAD/ATB)

Dear Mr. Baerman:

Please accept this as a response to your letter dated February 26, 2018 regarding the transfer of the above action to the Northern District of New York.  Bailey & Glasser will no longer be counsel of record for the plaintiff Naomi Gonzalez going forward.  Thank you.

Respectfully submitted,

David A. Felice

David A. Felice

cc:  Greg Blankinship *(via e-mail)*
     Chantal Khalil *(via e-mail)*
     Thomas E. Hanson, Jr. *(via e-mail)*
     Enneth J. Sheehan *(via e-mail)*
     William K. Mosca *(via e-mail)*
     John D. Coyle *(via e-mail)*




**BAILEY GLASSER LLP**
2961 Centerville Road
Wilmington, DE 19808

SOUTH JERSEY NJ 080
03 MAR 2018 PM 5 L

Lawrence K. Baerman
U.S. District Court for the
Northern District of New York
James M. Hanley Federal Building
P.O. Box 7367
100 S. Clinton, St.
Syracuse NY 13261-7367

13261-921199

U.S. DISTRICT COURT
MAR - 5 2018