# FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

Andrew G. Finkelstein, P.C. (NY & NJ) *
D. Greg Blankinship (NY & MA)
Jeremiah Frei-Pearson (NY)
Todd S. Garber (NY & CT)

Bradley Silverman (NY)
Antonino B. Roman (NY)
John Sardesai-Grant (NY)
Andrew White (NY)
Chantal Khalil (NY)
*Of Counsel*
Duncan W. Clark (NY)
George M. Levy (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY)
Ronald Rosenkranz (NY) *

George A. Kohl, II (NY & MA)
Andrew L. Spitz (NY)
Elyssa M. Fried-DeRosa (NY)
James W. Shuttleworth, III (NY)
David E. Gross (NY & NJ) *
Mary Ellen Wright, R.N. (NY) *
Kenneth B. Fromson (NY, NJ & PA) *
Nancy Y. Morgan (NY, NJ & PA)
Lawrence D. Lissauer (NY)
Victoria Lieb Lightcap (NY & MA) *
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Edward M. Steves (NY)
Kara L. Campbell (NY, NJ, CT)
Marie M. DuSault (NY)
Melody A. Gregory (NY & CT)

Elizabeth A. Wolff (NY & MA)
Christine Khalili-Borna Clemens (NY & CA)
Brian D. Acard (NY)
Vincent J. Pastore (NY & NJ)
Amber L. Carrio (NY)
Christopher R. Camastro (NY & NJ)
Jeffrey Brody (NY)
Cynthia M. Maurer (NY & NJ)
Michael Feldman (NY & NJ) *
Raye D. Futerfas (NJ)
Linda Armatti-Epstein (NY)
David Akerib (NY)
Frances M. Bova, R.N. (NY & NJ)
Gustavo W. Alzugaray (NY)
Sharon A. Scanlan (NY & CT)
Marc S. Becker (NY)

Antonio S. Grillo (NY & NJ
Narine Galoyan (NY)
Jonathan Minkove (NJ & MD)
Levi Glick (NY & NJ)
Vincent J. Rossillo (NY)
Pamela Thomas (NY & CT)
Donald A. Crouch (NY & CT)
Karen O'Brien (NY)
David Stauber (NY)
Jennifer Safier (NY & NJ)
Thomas P. Welch (NY)
Annie Ma (NY & NJ)
Howard S. Lipman (NY)
Noreen Tuller, R.N. (NY)
Cristina L. Dulay (NY & NJ)
Justin M. Cinnamon (NY & CT)

Robin N. D'Amore (NY)
Nicole Murphy (NY)
Rodrigo Arcuri (NY)
Kavin D. Burgess (NY)
Yola Ghaleb (NY)
Robert Seidner (NY)
Charlemagne Yawn (NY)
Marvin Anderman, P.C. (NY)
Frank R. Massaro (NY)
Kenneth G. Bartlett (CT & NJ)

* The Neurolaw Trial Group

March 5, 2018

**Via UPS Overnight Mail**
Lawrence K. Baerman
Clerk of Court
James Hanley Federal Building
U.S. District Court for the Northern District of New York
100 South Clinton Street
Syracuse, NY 13261

> U.S. DISTRICT COURT - N.D. OF N.Y.
> **FILED**
> MAR - 6 2018
> AT _____ O'CLOCK _____
> Lawrence K. Baerman, Clerk - Syracuse

Re:   *Gonzales v. Agway Energy Services, LLC,*
      Case No. 5:18-cv-235 (MAD/ATB)

Dear Mr. Baerman:

My office, Finkelstein, Blankinship, Frei-Pearson & Garber, LLP ("FBFG"), represents Plaintiff Naomi Gonzales in the above-referenced action. I am writing in response to your February 26, 2018 letter regarding the transfer of this action to the Northern District of New York. I intend to remain counsel of record for Ms. Gonzales and, to that end, am in the process of preparing and filing my application for permanent admission to the Northern District of New York.

Greg Blankinship and Todd Garber of FBFG both currently appear as counsel of record on behalf of Ms. Gonzales.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Chantal Khalil
Chantal Khalil

cc:
Greg Blankinship (*via e-mail*)
Todd S. Garber (*via e-mail*)
Thomas E. Hanson, Jr. (*via e-mail*)
Sharon M. Porcellio (*via e-mail*)

Brendan M. Sheehan (*via e-mail*)
Kenneth J. Sheehan (*via e-mail*)
William K. Mosca (*via e-mail*)
John D. Coyle (*via e-mail*)

{00290888 3}   Newburgh • Albany • Binghamton • Kingston • Middletown • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • White Plains

1279 ROUTE 300, PO BOX 1111        Phone: (914) 298-3281   Fax: (845) 562-3492        445 HAMILTON AVE, SUITE 605
NEWBURGH, NY 12551                 www.fbfglaw.com                                     WHITE PLAINS, NY 10601

