

Avant Building - Suite 900 | 200 Delaware Avenue | Buffalo, NY 14202-2107 | bsk.com

SHARON M. PORCELLIO, ESQ.
sporcellio@bsk.com
P: 716-416-7044
F: 716-416-7344

April 2, 2018

Hon. Mae A. D'Agostino
U.S. District Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY  12207

Re:   *Naomi Gonzales v. Agway Energy Services, LLC*
      *Civil Action No. 5:18-CV-235 MAD/ATB*

Dear Judge D'Agostino:

By order dated March 21, 2018, this Court granted Defendant's request and enlarged the number of pages Defendant could submit as its reply memorandum to up to 15 pages (Dkt. No. 35).  Upon preparation of the memorandum, however, Defendant has found the need to request up to two more pages – for a total of up to seventeen.  Plaintiff's attorney has consented to the request to submit two more pages.

This request for relief from the Court does not affect any other scheduled dates.  Thank you for your consideration of this request.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*Sharon M. Porcellio*

Sharon M. Porcellio

SMP/es


cc:   All Attorneys of Record *(via ECF)*
      Kenneth J. Sheehan, Esq. *(via e-mail)*
      John D. Coyle, Esq. *(via e-mail)*

1301253.1