UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NAOMI GONZALES,

                Plaintiff,

V.

AGWAY ENERGY SERVICES, LLC,

                Defendant.

**NOTICE OF APPEARANCE**

Civil Action No.:
5:18-CV-00235 (MAD/ATB)

NOTICE IS HEREBY GIVEN that John D. Coyle, of Bevan, Mosca & Giuditta, PC, hereby appears as counsel of record (*pro hac vice*) on behalf of Defendant, Agway Energy Services, LLC, in the above-captioned matter.

Dated:  May 9, 2018

        BEVAN, MOSCA & GIUDITTA, PC

        By:    *s/ John D. Coyle*
                John D. Coyle
        222 Mount Airy Road
        Basking Ridge, NJ 07920
        Telephone: (908) 753-8300
        E-mail: jcoyle@bmg.law

        *Attorneys for Defendant,*
        *Agway Energy Services, LLC*

TO:    Douglas G. Blankinship, Esq.
           Finkelstein, Blankinship,
           Frei-Pearson & Garber, LLP
           445 Hamilton Avenue, Suite 605
           White Plains, NY 10601
           Telephone: (914) 298-3281
           E-mail: gblankinship@fbfglaw.com

           *Attorneys for Plaintiff,*
           *Naomi Gonzales*