# Exhibit B

| | |
|---|---|
| **From:** | Chantal Khalil |
| **To:** | "William Mosca" |
| **Cc:** | Greg Blankinship; Todd Garber; Katherine M. Dailey; Porcellio, Sharon; John D. Coyle |
| **Subject:** | Gonzales v. Agway - Case Management Plan and Discovery Proposal |
| **Date:** | Tuesday, May 29, 2018 4:26:00 PM |
| **Attachments:** | Gonzales v. Agway - Joint Civil Case Management Plan - Final (00292788xD84C7).docx |

Bill,

Thanks for taking the time to meet and confer earlier. Please find enclosed the final version of our Joint Case Management Plan.  Additionally, as we discussed during our call, below is a summary of how we propose that we proceed with discovery.

First, we propose a 15 day extension for Defendant to provide written responses and objections (if any) to our initial discovery requests, thereby extending your deadline from June 14 to June 29.

Second, as stated in our notice of deposition, we would also like to hold a Rule 30(b)(6) deposition by mid-July.  The deposition will focus at a high level on rate setting practices and procedures and related data, how electricity is purchased at wholesale and related data, the customer agreement, and Agway's marketing practices and procedures.  In advance of the Rule 30(b)(6) deposition, we request that you provide the following documents:
- Data and documents related to Ms. Gonzales;
- Different iterations of the NY and PA contracts throughout the relevant time period (December 6, 2011 to the present);
- Different iterations of the NY and PA welcome letters throughout the relevant time period (December 6, 2011 to the present);
- Examples of marketing materials sent to potential customers;
- Examples of pricing spreadsheets & models;
- Examples of spreadsheets showing the costs of goods Agway paid for wholesale electricity (to the extent that they're separate from pricing spreadsheets); and
- Any policy and procedure documents related to pricing.

Following the 30(b)(6), we will all have a better understanding of Agway's documents, data, and methodology generally, and will be equipped to discuss ESI terms and custodians.

We look forward to hearing your thoughts.

Best,
Chantal

Chantal Khalil, Esq. | Associate Attorney
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
445 Hamilton Avenue, Suite 605
White Plains, NY 10601
Tel: 914-298-3294 | Fax: 914-298-3329