# Exhibit D

| | |
|---|---|
| **From:** | Greg Blankinship |
| **To:** | sporcello@bsk.com |
| **Cc:** | William Mosca; John D. Coyle; Todd Garber; Chantal Khalil |
| **Subject:** | Agway"s delinquent written discovery responses |
| **Date:** | Wednesday, July 18, 2018 10:25:35 AM |
| **Attachments:** | image001.png |

Counselors, I write to inquire as to when you will provide written responses to our first sets of interrogatories and requests for production, issued more than two months ago.  Note we are not agreeing to an extension beyond what we previously consented to.  I merely ask as part of a meet and confer preparatory to seeking the Court's assistance in compelling your responses.

Unless you give us an agreeable date certain by the end of today, we will seek relief from the Court.

Thanks
Greg

**D. Greg Blankinship**
Finkelstein, Blankinship, Frei-Pearson
& Garber, LLP

1-914-298-3290 Work
1-914-298-3281 ext. 32801 Work
gblankinship@fbfglaw.com
445 Hamilton Avenue
Suite 605
White Plains, New York  10601



**FBFG** | Finkelstein, Blankinship,
Frei-Pearson & Garber, LLP

**Please consider the environment before printing this e-mail**

**Confidentiality Notice**

**This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, distribution or copying of this email and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email, delete the email and any attachments and destroy all copies of the original message.**

**Thank you.**