IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAOMI GONZALES,<br><br>        Plaintiff,<br><br>v.<br><br>AGWAY ENERGY SERVICES, LLC,<br><br>        Defendant. | No. 5:18-cv-00235 (MAD/ATB)<br><br>**ORDER** |

**WHEREAS** Plaintiff Naomi Gonzales brings this action on her own behalf and additionally, pursuant to Rules 23(b)(2) and 23(b)(3) of the Federal Rules of Civil Procedure, on behalf of a class of all of Defendant Agway Energy Services, LLC's New York and Pennsylvania customers charged a variable rate for residential electricity services by Defendant from November 2011 to the present (ECF No. 1, ¶ 42); and

**WHEREAS** Defendant formally defers its anticipated motion to transfer venue with respect to putative class members residing in Pennsylvania to the class certification stage of this litigation (ECF No. 102);

**THE COURT HEREBY ORDERS** as follows:

The stay of discovery relating to putative class members residing in Pennsylvania entered by this Court on June 7, 2018 is **LIFTED**.

IT IS SO ORDERED:

_Andrew T. Baxter_
Andrew T. Baxter
U.S. Magistrate Judge

Dated:  April 8, 2019
        Syracuse, NY