# Exhibit 1

# Surrogate's Court of the State of New York
# Orange County

On the Date Written Below LIMITED LETTERS OF ADMINISTRATION were granted by the Surrogate's Court of Orange County, New York as follows:

**File #: 2021-74**

| | |
|---|---|
| Name of Decedent: | **Naomi Gonzalez** |
| Domicile: | **Town Of Goshen** |

Date of Death: 10-16-2020

Type of Letters Issued: **LIMITED LETTERS OF ADMINISTRATION**

Fiduciary Appointed: **Antonio Martinez**
52A Cedar Drive
Farmingdale NY  11735

**Limitations:** In accordance with Estates Powers and Trusts Law §5-4.6, now in effect or as hereafter amended, the fiduciary is hereby restrained from compromising any cause of action and collecting the proceeds thereof, unless or until authorized by further order of the Court.
In any proceedings for the Judicial Settlement of the administrator's account, process shall issue to all necessary and indispensable parties.

SCPA 710(4) provides in part: "No fiduciary shall remove property of the estate without the state without the prior approval of the Court and upon filing a bond if required by the Court"

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: January 29, 2021



IN TESTIMONY WHEREOF, the seal of the Orange County Surrogate's Court has been affixed.

WITNESS, Hon Timothy P. McElduff, Jr., Judge of the Orange County Surrogate's Court

_Amy J. Miller_
Amy J. Miller, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Orange County Surrogate's Court*

**Attorney:**
**Fine Olin & Anderman LLP**
1279 Route 300 P.O. Box 1111
Newburgh NY  12551

**FILED**

JAN **2 9** 2021

SURROGATE'S COURT
ORANGE COUNTY

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
---------------------------------------------------------------------------X
Administration Proceeding, Estate of

    NAOMI GONZALEZ,

                                       Deceased.
---------------------------------------------------------------------------X

**DECISION**

**File No.: 2021-74**

MCELDUFF, S.

    Petition for Letters of Administration granted. Bond dispensed with.

    WHICH LETTERS, however, AS TO A CAUSE OF ACTION for damages for personal injury accruing before the death of the decedent or damages for a wrongful act, neglect or default by which said decedent's death was caused or both ARE LIMITED to the prosecution of said cause or causes of action, and, in accordance with Estates Powers and Trust Law Section 5-4.6, now in effect or as hereafter amended, the said Fiduciary is restrained from compromising either cause of action, the payment or the enforcement of any judgment recovered therefor unless or until authorized by further order of the Court and proof that the said Letters are still in full force and unrevoked.

    Further, in any proceedings for the Judicial Settlement of the Administrator's account, process shall issue to all necessary and indispensable parties.

Dated:   January 29, 2021
             Goshen, New York

                                                  HON. TIMOTHY P. McELDUFF, Jr.
                                                          Surrogate

**FILED**

JAN 2 9 2021

SURROGATE'S COURT
ORANGE COUNTY

At a Surrogate's Court of the State of New York held in and for the County of Orange at Goshen, New York.

PRESENT: Hon. Timothy P. McElduff, Jr., Surrogate

| | |
|---|---|
| **Administration Proceeding, Estate of Naomi Gonzalez** | **DECREE GRANTING LIMITED ADMINISTRATION** |
| Deceased. | File No. 2021-74 |

A verified petition having been filed by Antonio Martinez praying that administration of the goods, chattels and credits of the above-named decedent be granted to Antonio Martinez and all persons named in such petition, required to be cited, having been cited to show cause why such relief should not be granted, have either failed to appear in response to a served citation or having waived the issuance of such citation and consented thereto; and it appearing that Antonio Martinez is in all respects competent to act as administrator of the estate of said deceased; now it is

ORDERED AND DECREED, that Limited Letters of Administration issue to Antonio Martinez upon proper qualification and the filing of a bond be and hereby is dispensed with; and it is further

ORDERED AND DECREED, that the authority of such administrator be restricted in accordance with, and that the letters herein issued contain, the limitation(s) as follows:

Limitations/Restrictions: In accordance with Estates Powers and Trusts Law §5-4.6, now in effect or as hereafter amended, the fiduciary is hereby restrained from compromising any cause of action and collecting the proceeds thereof, unless or until authorized by further order of the Court.
In any proceedings for the Judicial Settlement of the administrator's account, process shall issue to all necessary and indispensable parties.

DATED: January 29, 2021

Timothy P. McElduff, Jr.
Surrogate

**FILED**
JAN 2 9 2021
SURROGATE'S COURT
ORANGE COUNTY