

**JOHN D. COYLE**
Partner
55 Madison Ave., Suite 400
Morristown, NJ 07960
jcoyle@coylelawgroup.com
t. 973.801.0454
f. 973.860.5520

February 23, 2021

**VIA ECF FILING**
Hon. Andrew T. Baxter, U.S.M.J.
United States District Court for the
  Northern District of New York
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, New York 13261

Re:   **Naomi Gonzales v. Agway Energy Services, LLC
      Civil Action No.: 5:18-cv-235 (MAD/ATB)**

Dear Judge Baxter:

This letter is sent on behalf of Defendant Agway Energy Services, LLC. I am writing to request leave to pursuant to L.R. 11.1(b) to withdraw/substitute counsel.

As recorded on the Court's docket, counsel for Agway currently consists of: A) Brendan Sheehan and Sharon Porcellio from Bond, Schoeneck & King; B) William K. Mosca, Jr., Jennifer Capone, and Elizabeth Delahunty with Bevan, Mosca & Giuditta; and C) the undersigned, John D. Coyle, who was associated with Bevan Mosca when a notice of appearance was filed.

I have recently left the Bevan Mosca firm and have updated by PACER information to reflect my new firm, the Coyle Law Group LLP. Along with Mr. Sheehan and Ms. Porcellio, I will remain counsel for Agway in this matter. Mr. Mosca, Ms. Capone, and Ms. Delahunty will no longer be appearing for Agway in this matter.

Deputy General Counsel for Suburban Propane, the corporate parent of Agway, has consented to the substitution and withdrawals set forth in the attached notice. Accordingly, 0I respectfully request that the counsel list for this matter be updated to reflect these changes.

Respectfully submitted,

*s/ John D. Coyle*

John D. Coyle

Encl.

cc: All counsel of record (via ECF, with enclosure)