IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAOMI GONZALES,<br><br>    Plaintiff,<br><br>v.<br><br>AGWAY ENERGY SERVICES, LLC,<br><br>    Defendant. | Civil Action No. 5:18-cv-235 (MAD/ATB)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL/ SUBSTITUTION OF COUNSEL** |

Defendant, Agway Energy Services, LLC, hereby wishes to make the following substitution and withdrawal of counsel, pursuant to L.R. 11.1(b):

| **WITHDRAWING COUNSEL** | **SUBSTITUTING COUNSEL** |
|---|---|
| 1. Jennifer Capone, Esq.;<br>2. Elizabeth Delahunty, Esq.;<br>3. William K. Mosca, Jr., Esq.; and<br>4. John D. Coyle, Esq.<br><br>Bevan, Mosca, & Giuditta, P.C.<br>222 Mount Airy Road, Suite 200<br>Basking Ridge, NJ 07920<br>Telephone: (908) 753-8300<br>Facsimile: (908) 848-6422<br>jcoyle@bmg.law<br><br>s/*John D. Coyle*<br>John D. Coyle<br><br>Dated: February 23, 2021 | John D. Coyle, Esq.<br><br>Coyle Law Group LLP<br>55 Madison Avenue, Suite 400<br>Morristown, NJ 07960<br>Telephone: (973) 801-0454<br>Facsimile: (973) 860-5520<br>jcoyle@coylelawgroup.com<br><br>s/*John D. Coyle*<br>John D. Coyle<br><br>Dated: February 23, 2021 |

{00111331.1}

On behalf of Agway Energy Services, LLC, I consent to the substitution of counsel and withdrawal of counsel set forth above.

*/s/ Sheri Hecht Leonard*
Sheri Hecht Leonard
Deputy General Counsel
Suburban Propane, L.P.

Dated: February 23, 2021