UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO MARTINEZ, as Administrator for the Estate of Naomi Gonzales, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>AGWAY ENERGY SERVICES, LLC,<br><br>Defendant. | Case No. 5:18-cv-00235 MAD-ATB |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, STRIKING PLAINTIFF'S PROPOSED EXPERT FRANK A. FELDER, Ph.D. PURSUANT TO F.R.E. 702

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of John D. Coyle, Statement of Material Facts pursuant to L.R 56.1, Defendant Agway Energy Services, LLC will move before this Court on a date and time to be determined by the Court, for an Order granting summary judgment in favor of Agway Energy Services, LLC and dismissing Plaintiff's Complaint with prejudice; or alternatively, striking Plaintiff's proposed expert Frank A. Felder, Ph.D. pursuant to F.R.E. 702.

**COYLE LAW GROUP LLP**

*John D. Coyle*
John D. Coyle, Esq. (700112)
55 Madison Avenue, Suite 400
Basking Ridge, New Jersey 07920
Morristown, NJ 07960
Tel. (973) 801-0454
jcoyle@coylelawgroup.com

**BOND, SCHOENECK & KING, PLLC**
Sharon M. Porcellio, Esq. (102382)
Brendan H. Sheehan, Esq. (517403)
Avant Building—Suite 900
200 Delaware Avenue
Buffalo, New York 14202-2107

1

Tel. (716) 416-7044
Fax (716) 416-7344
porcels@bsk.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2021, I electronically filed the foregoing motion and its supporting papers with the Clerk of the District Court using the CM/ECF system, which sent notification of such filings to all counsel of record.

Date: August 6, 2021          *s/ John D. Coyle*
                                              John D. Coyle