UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

**ANTONIO MARTINEZ**, in his capacity as executor of Naomi Gonzales' estate,
        Plaintiff,

vs.    5:18-CV-00235 (MAD/ATB)

**AGWAY ENERGY SERVICES, LLC**,
        Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Defendant's motion for reconsideration (Dkt. No. 159) is **GRANTED**; and the Court further **ORDERS** that Plaintiff's cross motion for reconsideration (Dkt. No. 164) is **DENIED**; and the Court further **ORDERS** that Defendant's motion for summary judgment (Dkt. No. 137) is **GRANTED in its entirety**; and the Court further **ORDERS** that Plaintiff's motion for class certification (Dkt. No. 136) is **DENIED as moot**; and the Court further **ORDERS** that Defendant's motion to deny class certification (Dkt. No. 138) is **DENIED as moot**; Judgment is entered in Defendants' favor and the Clerk is directed to close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Mae A. D'Agostino, dated the 12th day of April, 2022.

DATED: April 12, 2022

*[Signature]*
Clerk of Court

s/Britney Norton
Deputy Clerk